UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 5, 2015

MEMO TO COUNSEL RE: US v. Aurelio Barahona
Criminal No. JFM-11-0526

Dear Counsel:

I have reviewed the letters you have submitted in connection with Aurelio Barahona's motion for reduced sentence.

As you know, I was not the judge who sentenced Mr. Barahona. However, in attempting to place myself in the shoes of Judge Legg who did sentence Mr. Barahona, I believe that he would have wanted to impose a sentence of 57 months. Accordingly, Barahona's motion for reduced sentence will be granted.

If either party intends to appeal this decision, I ask them to please make sure that the letters you have submitted to me are placed on the public record.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

OCT - 6 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY